## RE EAGLE PENCIL COMPANY.

TRADEMARKS; ANTICIPATION; VARYING COLORS.

A mark for pencils, penholders, erasers, and the like, consisting of a circumferential band of red color contrasting with a·yellow or gilt color on each side thereof, *held* to be anticipated by marks of Eberhard Faber and the American Lead Pencil Company, consisting of circumferential bands of uniform width and different colors, and therefore not subject to registration as a trademark. (Following *A. Leschen & Sons Rope Co.* v. *Broderick & B. Rope Co.* 36 App. D. C. 451.)

No. 812.   Patent Appeals.   Submitted November 20, 1912.   Decided December 2, 1912.

HEARING on an appeal from a decision of the Commissioner of Patents refusing to register a trademark.      *Affirmed.*

*Mr. Marcellus Bailey* for the appellant.

*Mr. W. S. Ruckman* for the Commissioner of Patents.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This is an appeal from the refusal of the Commissioner of Patents to register a trademark "for pen and pencil holders, penholders, pencil holders, point protectors, rubber erasers, and pencil lengtheners," described by appellant, Eagle Pencil Company, as follows: "The trademark consists of a circumferential band of red color contrasting with a yellow or gilt color on each side thereof, and produced upon the body of the holder or other article, as shown in the accompanying drawing, which represents a metallic pencil holder having a band of red color the body on each side thereof being of yellow or gilt color as above specified."

Registration was refused on the ground that the mark is anticipated by marks of Eberhard Faber and the American Lead Pencil Company. An examination of the references discloses marks consisting of circumferential bands of uniform width and of different colors applied to lead pencils, pencil holders, penholders, point protectors, etc., goods of the character as those to which appellant applies its mark.

With this statement, discussion of the merits is unnecessary, since the decision of the Commissioner must be affirmed on the authority of *A. Leschen & Sons Rope Co.* v. *Broderick & B. Rope Co.* 36 App. D. C. 451.

The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required.                                           *Affirmed.*